**SO ORDERED.**

**SIGNED this 09 day of July, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

_____

| | |
|---|---|
| **IN RE:**     GEORGE ARNOLD MYERS,<br>                Debtor | Case No. 09-34803<br>Chapter 11 |

_____

## ORDER TERMINATING STAYS

WHEREAS, The Community Bank of East Tennessee (hereinafter "Secured Party") filed a secured Proof of Claim for Loan *0393 in the amount of $497,677.13; and

WHEREAS, the promissory note which is the basis of the Secured Party's claim is secured by a Deed of Trust on approximately 204.5 acres of real property located at Lawson Acres, Speedwell, Claiborne County, Tennessee (the "Collateral"); and

WHEREAS, the Collateral also secures a promissory note in favor of The Peoples Bank, which has filed a claim in the amount of $868,722.54 based on the promissory note and a deed of trust for the Collateral;

WHEREAS, Debtor has valued the Collateral at less than $155,000.00, and the

Secured Party is not adequately protected due to the value of the Collateral;

WHEREAS, the Court finds that the Collateral is not necessary for an effective reorganization of the Debtor;

It is, accordingly:

ORDERED, ADJUDGED and DECREED that the bankruptcy stays applicable to property of the estate and property of the Debtor pursuant to 11 U.S.C. § 362 are hereby modified, terminated and conditioned so as to permit the Secured Party to initiate and otherwise enforce appropriate collection procedures against the Collateral and any proceeds thereof up to the amount of the said claim according to the terms and provisions of the contracts existing by and between Secured Party and the Debtor.

It is further ORDERED that the relief granted herein is effective immediately and is not stayed pursuant to Rule 4001(a)(3), F.R.B.P.

APPROVED FOR ENTRY:


    /s/ Robin M. Cleavenger
Robin M. Cleavenger, BPR #025322
WISE & REEVES, P.C.
625 S. Gay Street, Suite 160
Knoxville, TN 37902
(865) 544-1199
Attorney for The Community Bank of East Tennessee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon all counsel of record by filing this document with the United States Bankruptcy Court's electronic filing system, and the following have also been served by U.S. mail, postage prepaid:

> Rose Ellison
> Attorney for Debtor
> 3031 Hwy. 25E
> Tazewell, TN 37879
>
> George Arnold Myers
> 4471 Back Valley Dr.
> Speedwell, TN 37870
>
> Patricia C. Foster
> Attorney for U.S. Trustee
> 800 Market St.
> Knoxville, TN 37902

This the 14th day of June, 2010.

                                              /s/ Robin M. Cleavenger